UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA MEDINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary,) <br> Department of Homeland Security; EMILO) <br> GONZALEZ, Director, United States) <br> Citizenship and Immigration Services;) <br> PAUL PIERRE, District Director, U.S.) <br> Citizenship and Immigration Services, San) <br> Diego District; CHRISTINA POULOS,) <br> Director, U.S. Citizenship and Immigration) <br> Services, California Service Center; PETER) <br> KEISLER, U.S. Attorney General; ROBERT) <br> MUELLER, Director, Federal Bureau of) <br> Investigation, ) <br> ) <br> Defendants. ) <br> ) | Case No. 07cv1710-JM (AJB) <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING <br><br> [Docket No. 3] |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before December 3, 2007.

**IT IS SO ORDERED.**

DATED: October 11, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge