1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELIA MEDINA, | ) | Case No.  07cv1710-JM (AJB) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO REMAND TO USCIS |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; CHRISTINA POULOS, Director, U.S. Citizenship and Immigration Services, California Service Center; PETER KEISLER, U.S. Attorney General; ROBERT MUELLER, Director, Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | [Docket No. 5] |
| Defendants. | ) ) | |

Having considered the parties' Joint Motion to Remand to USCIS for Adjudication (Docket No.

5) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above

captioned matter is hereby remanded to U.S. Citizenship & Immigration Services.

**IT IS SO ORDERED.**

DATED:  November 5, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv1710